JAMAR HUNTER #7030911
Name and Inmate Booking Number

Clark County detention Center
Place of Confinement

PO Box 43059
Mailing Address

Las Vegas, NV 89116
City, State, Zip Code



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JAMAR HUNTER ,
                                    Plaintiff

vs.

(1) Officer D. Wood P#17066 LVMPD

(2) Clark County Sheriff Kevin McMahill

(3) Clark County Commissioners ,

(4) LVMPD ,

(5) Steven Wolfson, District Attorney
                                    Defendant(s).

# 2:24-cv-00269-APG-BNW

### CIVIL RIGHTS COMPLAINT
### BY AN INMATE

☑ Original Complaint

☐ First Amended Complaint

☐ Second Amended Complaint

☑ Jury Trial Demanded

## A.    JURISDICTION

1)    This Court has jurisdiction over this action pursuant to:

   ☐ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)

   ☐ Other: _____

2)    Institution/city where Plaintiff currently resides: Clark County Detention Center Las Vegas

3)    Institution/city where violation(s) occurred: Clark County Justice Court Las Vegas

**B.    DEFENDANTS**

1. Name of first Defendant: D. Wood _____. The first Defendant is employed as:
   Officer P#17066 ____ at ____ LVMPD ____.
        (Position of Title)           (Institution)

2. Name of second Defendant: Kevin McMahill. The second Defendant is employed as:
   Sheriff ____ at ____ Clark County ____.
        (Position of Title)           (Institution)

3. Name of third Defendant: Clark County Commissioner. The third Defendant is employed as:
   Clark County Commissioners ____ at ____ Clark County Commissioners.
        (Position of Title)           (Institution)

4. Name of fourth Defendant: Steven Wolfson ____. The fourth Defendant is employed as:
   District Attorney ____ at Clark County District Attorney office
        (Position of Title)           (Institution)

5. Name of fifth Defendant: LVMPD ____. The fifth Defendant is employed as:
   ____ at ____ LVMPD ____.
        (Position of Title)           (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C.    NATURE OF THE CASE**

Briefly state the background of your case.

On or about November 30, 2023 at Casino Royale in Las Vegas, Nevada LVMPD officer D. Wood P#17066 was deliberate indifferent, LVMPD officer D. Wood P#17066 without respect to my constitutional rights choose to unlawfully search, detain, interrogate and arrest me. Without my consent LVMPD officer D. Wood P#17066 proceeded in a underground policy to. Which LVMPD officer D. Wood P#17066 used his position to submit inaccurate falsified documents. That would be covered up in our judicial process in which. I now fight charges brought against me, prosecuted.

2

### D.    CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: 6, 8, 12, 14, 4, 5, United States constitutional rights and amendments.

2. **Claim 1**. Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

☐ Basic necessities        ☐ Medical care            ☐ Mail

☐ Disciplinary proceedings  ☐ Exercise of religion     ☐ Property

☐ Access to the court       ☑ Excessive force by officer  ☐ Retaliation

☐ Threat to safety          ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: November 30, 2023         .

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1.  Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

On or about November 30, 2023 at Casino Royale in Las Vegas Nevada. LVMPD officer D. Wood P# 17066 was deliberate indifferent. LVMPD officer D. Wood P# 17066 without respect to my constitutional rights. Choose to unlawfully search, detain interrogate and arrest me. Without my consent. LVMPD officer D. Wood P# 17066 proceeded in a underground policy to which LVMPD officer D. Wood P# 17066 used his position to submit inaccurate falseified documents. That would be covered up in our Judicial process in which I now fight charges brought against me, prococuted.

3

**CLAIM 2**

1. State the constitutional or other federal civil right that was violated: United States constitutional rights and amendments. 6, 8, 12, 14, 4, 5,

2. **Claim 2.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities        ☐ Medical care              ☐ Mail

   ☐ Disciplinary proceedings  ☐ Exercise of religion      ☐ Property

   ☐ Access to the court      ☐ Excessive force by officer ☐ Retaliation

   ☐ Threat to safety         ☑ Other: Vindictive Proceecution .

3. **Date(s) or date range** of when the violation occurred: November 30, 2023 .

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

On or about November 30, 2023 at Casino Royale in Las Vegas, Nevada. Las Vegas Metropolitan Police officer D. Wood P#17066 unlawfully and with out my consent being deliberate indifferent. Decided to search, detain, interrogate and arrest me. LVMPD officer D. Wood P#17066 submitted inaccurate account of events. Leading to me being proceeuted in which I fight charges. LVMPD officer D. Wood P#17066 used a underground policy that covers it's tracks in our judical system allowing vindictive proceecution.

4

### CLAIM 3

1. State the constitutional or other federal civil right that was violated: United States Constitutional rights and amendments. 6, 8, 12, 14, 4, 5,

2. **Claim 3**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities     ☐ Medical care     ☐ Mail

   ☐ Disciplinary proceedings     ☐ Exercise of religion     ☐ Property

   ☐ Access to the court     ☐ Excessive force by officer     ☐ Retaliation

   ☐ Threat to safety     ☑ Other: Deliberate Indifferent .

3. **Date(s) or date range** of when the violation occurred: November 30, 2023 .

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   On or about November 30, 2023 at Casino Royale in Las Vegas, Nevada. LVMPD officer D. Wood P#17066 decided to be deliberate indifferent, without my consent LVMPD officer D. Wood P#17066 Search, detained interrogated and arrest me. LVMPD officer D. Wood P#17066 actions showed a underground policy that stripped me of all constitutional rights of equal protection. To include a underground process that now places me at the mercy of the courts. By way over looked as LVMPD officer D. Wood P#17066 files charges in a manner deliberate indifferent. "Racial Profile!

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

### E.    PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while incarcerated?        ☐ Yes        ☑ No

2.  Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. §
    1915(g)?        ☐ Yes        ☑ No

3.  If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are
    "under imminent danger of serious physical injury?"        ☐ Yes        ☑ No

### F.    REQUEST FOR RELIEF

I believe I am entitled to the following relief:  "I am seeking punitive damages
compensatory relief of no less than $250,000 for
every individual. Responsable for and in which
I suffer actions token against me.

_____

_____

_____

        I understand that a false statement or answer to any question in this complaint will subject me to
penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28
U.S.C. § 1746 and 18 U.S.C. § 1621.

_____        _____
(name of person who prepared or helped                    (signature of plaintiff)
prepare this complaint if not the plaintiff)

                                        _____
                                                    (date)

### ADDITIONAL PAGES

        You must answer all questions concisely in the proper space on the form.  Your complaint may
not be more than 30 pages long.  It is not necessary to attach exhibits or affidavits to the complaint or any
amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and
claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages
long, you must file a motion seeking permission to exceed the page limit and explain the reasons that
support the need to exceed 30 pages in length.

6